```
 1   Gregory J. Doan Bar# 165174
     Doan Law Offices, LLP
 2   635 Camino De Los Mares, Suite 100
     San Clemente, CA 92673
 3   Tel: (949) 472-0600
     Fax: (949) 472-5441
 4

 5   Attorneys for ERIC GRANT NICHOLSON
```

**FILED & ENTERED**

**JUL 13 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re:<br><br>    ERIC GRANT NICHOLSON<br><br>Debtor. | ) Case No. 6:09-bk-21930<br>)<br>) ORDER STRIPPING LIEN OF SECOND<br>) TRUST DEED HOLDER WELLS FARGO<br>) BANK, N.A. ON REAL PROPERTY<br>)<br>) Date: 07/02/2009<br>) Time: 1:30 p.m.<br>) Court: 303<br>)<br>) |

On 07/02/2009, at 1:30 p.m., the motion of the debtor, Eric Grant Nicholson, for an Order stripping the lien of Wells Fargo Bank, N.A. on the debtor's personal residence at 2406 Mary Clare St, Corona, California 92882 came on regularly for hearing. Judge Donovan's preliminary ruling required that no appearance by the debtor's attorney of record was necessary. There was no appearance by any other party, nor was any opposition to the debtor's motion filed with the Court.

**Order Stripping Lien of Wells Fargo Bank, N.A.**

The Wells Fargo Bank, N.A. lien and claim are described as follows: Promissory Note, dated 12/27/2006, in the original principal amount of $ 150,000.00; and Deed of Trust recorded on 01/12/2007, as Document # 2007-0028893, in the Office of the Recorder of the County of Riverside, CA.

Based upon findings of fact and conclusions of law stated orally and recorded in open court pursuant to Fed. R. Civ. P. 52(a)(1), as incorporated into Fed. R. Bankr. P. 7052 and made applicable to contested matters by Fed. R. Bankr. P. 9014(c), it is:

ORDERED that the lien and claim of Wells Fargo Bank, N.A., as described above, are determined to be completely unsecured in this Chapter 13 case; and it is further,

ORDERED that upon completion of all plan payments and entry of a discharge in this case pursuant to 11 U.S.C. §1328, the lien will be void and not constitute an encumbrance on the following described property:

> 2406 Mary Clare St, Corona, California 92882. This property is more particularly described as follows: LOT NUMBER: 45; TRACT: 31443; CITY/MUNI/TWNSP: CORONA, as per maps in the office of the Recorder of the County of Riverside, CA.

And it is further,

ORDERED that the lien and any corresponding proof of claim shall be treated as a general unsecured creditor receiving nothing under the chapter 13 plan; and it is further,

Upon completion of all plan payments and entry of a Chapter 13 discharge in this case, Wells Fargo Bank, N.A. and its

**Order Stripping Lien of Wells Fargo Bank, N.A.**

successors and assigns are requested to reconvey the Deed of Trust and otherwise take such steps as are required to clear title, free of said lien, as to the above described property; and it is further,

ORDERED that should this case be dismissed or converted to another chapter under title 11 prior to completion of all plan payments and entry of a discharge pursuant to 11 U.S.C. §1328, the lien shall remain valid.

###

DATED: July 13, 2009

_____
United States Bankruptcy Judge

**Order Stripping Lien of Wells Fargo Bank, N.A.**

| In re: | | CHAPTER: 13 |
|---|---|---|
| Eric Grant Nicholson | Debtor(s). | CASE NUMBER: 6:09-bk-21930-TD |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **Order Stripping Lien of Second Trust Deed Holder Wells Fargo Bank, N.A.** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____07/08/2009_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              **F 9021-1.1**

| In re:<br><br>Eric Grant Nicholson<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:09-bk-21930-TD |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Served Electronically<br><br>Rod Danielson<br>Ch 13 Trustee<br>images@rodan13.com<br><br>Peter C. Anderson<br>United States Trustee (RS)<br>ustpregion16.rs.ecf@usdoj.gov | Served by U.S. Mail<br><br>Wells Fargo Bank, N.A.<br>Attn: John G. Stumpf (CFO)<br>90 South 7th Street<br>MAC: N9305-173<br>Minneapolis, MN 55402<br><br>Corporation Service Company<br>Attn: Wells Fargo Bank, N.A. (agent for service)<br>2730 Gateway Oaks Dr. Ste 100<br>Sacramento, CA 95883 |
|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**