# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

```
IN RE:  ERIC GRANT NICHOLSON           IN THE MATTER OF:
        2406 MARY CLARE ST             ERIC GRANT NICHOLSON
        CORONA, CA 92882               2406 MARY CLARE ST
                                       CORONA, CA  92882

                                       DATE: 12/15/2009
                                       Case No. 6:09-bk-21930-TD
```

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
|  | DOAN LAW FIRM, LLP | NOT SCHEDULED | $0.00 |  |  | 0 |
| 07 | AMERICAN EXPRESS | $12,855.00 | $13,490.07 | *********1005 | U | 1 |
| 08 | ROUNDUP FUNDING, LLC | $19,955.00 | $21,474.43 | XXXXXXX9408 | U | 2 |
| 03 | FIA CARD SERVICES | $411.00 | $619.15 | ********6555 | U | 3 |
|  | Credit Management | $158.00 | NOT FILED | 9429 | U | 4 |
| 01 | DISCOVER BANK | $4,404.00 | $4,379.37 | 2948 | U | 5 |
|  | Usaa Federal Savings | $15,928.00 | NOT FILED | 8171 | U | 6 |
| 02 | WELLS FARGO CA | $8,000.00 | $9,214.51 | 5076 | U | 7 |
| 04 | MAZDA AMERICAN CREDI | $15,470.00 | $14,332.55 | 5989 | S | 8 |
| 09 | OCWEN LOAN SERVICING | NOT SCHEDULED | $1,545.24 | XXXXX4062 | E | 9 |
| 05 | WASHINGTON STATE EMP | $17,621.00 | $17,621.97 | XXX9040-02 | S | 10 |
| 06 | WELLS FARGO OPERATIO | $149,955.00 | $149,955.15 | 172240925 | U | 11 |
| 10 | FRANCHISE TAX BOARD | $5,776.00 | $5,814.09 | 2140520005 | P | 12 |
|  | IRS/U.S. TREASURY DE | $3,643.00 | NOT FILED | XXXXX2152 | P | 13 |
| 11 | WASHINGTON STATE EMP | NOT SCHEDULED | $4,544.36 | 9040-02 | U | 14 |
| 10 | FRANCHISE TAX BOARD | NOT SCHEDULED | $348.47 | 2140520005 | U | 10012 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "DIRECT PAY" OR "NOTICE ONLY."

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:09-bk-21930-TD**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:   12/15/2009

_____/s/_____
PAULETTE ROSELI


PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 12/15/2009 at Riverside, California.

_____/s/_____
PAULETTE ROSELI


ERIC GRANT NICHOLSON          DOAN LAW FIRM, LLP
2406 MARY CLARE ST            25401 CABOT ROAD
CORONA, CA  92882             SUITE 119
                              LAGUNA HILLS, CA  92653